# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CIVIL ACTION NO. 1:09-CV-1750 |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **MARY COLLEEN MICHAELS,** | : | |
| **Defendant** | : | |

# **O R D E R**

AND NOW, this 23rd day of June, 2010, upon consideration of Plaintiff's Motion (Doc. 14) which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED that:

1. The public sale held on May 11, 2010 is hereby confirmed and the interest of all lien holders are divested.

2. The Marshal is ordered and directed to execute and deliver to LEON AND DEADRA BAHL, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of MARY COLLEEN MICHAELS in and to the premises sold located at RR 2 Box 340 West Ave, Meshoppen, PA 18630.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. Jurisdiction is retained for such further orders or decrees as may be necessary.

                                                                 S/ Christopher C. Conner  
                                                             CHRISTOPHER C. CONNER  
                                                             United States District Judge